**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN MARTIN, an individual, ) | Case No.: 2:18-CV-01500-PA-AFM |
| ) | |
| Plaintiff, ) | **ORDER DISMISSING ACTION** |
| ) | **WITH PREJUDICE** |
| v. ) | |
| ) | |
| HARRIS & HARRIS, LTD., and ) | |
| DOES 1 through 10 inclusive, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the parties' stipulation, this Court hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal rules of Civil Procedure. Each party to bear its own fees and costs.

IT IS SO ORDERED.

Date: October 05, 2018  _____
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE